PROB 12B
(7/93)

# United States District Court

for

## District of New Jersey

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Crespo, Jose                           Cr.: 2:08-CR330-JLL-01
                                                         PACTS Number: 07196

Name of Sentencing Judicial Officer: Honorable Jose L. Linares

Date of Original Sentence: 5/5/09

Original Offense: Conspiracy to defraud the united states and fraud activity connected with computers.

Original Sentence: Probation five years, six month home confinement, DNA testing, refrain from any position concerning the processing of financial applications.

Type of Supervision: Probation                           Date Supervision Commenced: 5/5/09

## PETITIONING THE COURT

[ ]   To extend the term of supervision for         Years, for a total term of         Years.
[X]   To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant shall reside for a period of months in a community corrections center, halfway house or similar residential facility and shall observe all the rules of that facility. The defendant shall be eligible for weekend privileges. The defendant shall pay subsistence as required by the program.

## CAUSE

The offender has agreed to serve the remainder of his home confinement term in a halfway house, due to him being observed, and admitting using his allotted work hours for personal endeavors.

Respectfully submitted,

By: Stanley K. Whetstone
Senior U.S. Probation Officer
Date: 7/6/09

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

7/21/2009