PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Jose Luis Crespo                **Docket Number:** 93-00004-001
                                                     **PACTS Number:** 07196

**Name of Sentencing Judicial Officer:** HONORABLE Jose L. Linares

**Date of Original Sentence:** 05/24/1994

**Original Offense:** COMPUTER FRAUD

**Original Sentence:** Five years probation, financial disclosure, no new debt, DNA testing, refrain from employment in any position concerning the processing of financial applications and pay restitution in the amount of $210,710.71 at a rate of $1000 per month.

**Type of Supervision:** Supervised Release            **Date Supervision Commenced:** 5/5/2009

**Assistant U.S. Attorney:** Donna Gulluccio, 970 Broad Street, Room 502, Newark, New Jersey 07102 (973) 645-2700

**DEFENSE ATTORNEY:** Rene Medina (RETAINED), 901 Sheridan Avenue #3, Bronx, New York 10451 (718)-590-0200

---

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**The defendant shall reside for a period of 4 months in a community corrections center, halfway house or similar residential facility and shall observe all the rules of that facility. The defendant shall be eligible for weekend privileges. The defendant shall pay subsistence as required by the program.**' <br><br> On September 8, 2009, Mr. Crespo was discharged from the Residential Reentry Center, due to his failing to return to the facility by his scheduled curfew on September 5, and September 6, 2009. |
| 2 | The offender has violated the supervision condition which states '**The defendant shall reside for a period of 4 months in a community corrections center, halfway house or similar residential facility and shall observe all the rules** |

of that facility. The defendant shall be eligible for weekend privileges. The defendant shall pay subsistence as required by the program.'

On September 7, 2009, while at the halfway house, the offender was found in possession of an unauthorized cellular phone.

3     The offender has violated the supervision condition which states '**The defendant shall reside for a period of 4 months in a community corrections center, halfway house or similar residential facility and shall observe all the rules of that facility. The defendant shall be eligible for weekend privileges. The defendant shall pay subsistence as required by the program.**'

While serving his term at the halfway house, the offender provided his girlfriend's address as his place of employment.

I declare under penalty of perjury that the foregoing is true and correct.

By: Stanley K. Whetstone
Senior U.S. Probation Officer
Date: 10/23/09

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[✓] The Issuance of a Summons. Date of Hearing 12/02/09 at 3:00 PM
[ ] No Action
[ ] Other

Signature of Judicial Officer

11/2/09
Date