PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Jose Luis Crespo  **Docket Number:** 93-00004-001
 **PACTS Number:** 07196

**Name of Sentencing Judicial Officer:** HONORABLE JOSE L. LINARES

**Date of Original Sentence:** 05/24/1994

**Original Offense:** COMPUTER FRAUD

**Original Sentence:** Five years probation, financial disclosure, no new debt, DNA testing, refrain from employment in any position concerning the processing of financial applications and pay restitution in the amount of $210,710.71, at a rate of $1000 per month.

**Type of Supervision:** Supervised Release  **Date Supervision Commenced:** 05/05/2009

**Assistant U.S. Attorney:** Donna Gulluccio, 970 Broad Street, Room 502, Newark, New Jersey 07102 (973) 645-2700

**DEFENSE ATTORNEY:** Rene Medina, 901 Sheridan Avenue #3, Bronx, New York 10451 (718) 590-0200

---

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**The defendant shall not commit another federal, state or local crime during the term of supervision**'. |
|   | On December 8, 2009, Mr. Crespo was arrested on a warrant by the Fort. Lee Police Department and charged with identity theft, credit card false statement, forgery in the use of a credit card. On November 19, 2010, in Bergen County Superior Court the offender pled guilty to fraudulent use of a credit card. |

PROB 12C - Page 2
Jose Luis Crespo

I declare under penalty of perjury that the foregoing is true and correct.

By: Stanley K. Whetstone
Senior U.S. Probation Officer
Date: 1/19/11

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[✓] The Issuance of a Summons. Date of Hearing: 3/1/2011 at Noon
[ ] No Action
[ ] Other

Signature of Judicial Officer

2/10/11
Date