Paul B. Brickfield, Esq.
Brickfield & Donahue
70 Grand Avenue, Suite 102
River Edge, New Jersey 07661
(201) 488-7707
Attorneys for Defendant Jose Crespo

UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>JOSE CRESPO,<br><br>      Defendant. | Docket No.: 2:05-cr-00330 (JLL)<br><br><br><br>**ORDER** |

A petition alleging a violation of probation having been issued by this Court on February 10, 2011 and the United States Attorney's Office, by Assistant United States Attorney Donna Gallucio and subsequently Assistant United States Attorney Christin Magdo having appeared in this matter, and Defendant Jose Crespo, by his attorney Paul B. Brickfield, Esq. of Brickfield & Donahue, having filed opposition to same and the Court having held a hearing on June 8, 2011 and the Court having considered the submissions of the parties and for good and sufficient cause shown, for the reasons stated on the record on August 18, 2011,

1

**IT IS HEREBY ORDERED** that the violation of probation is hereby dismissed.

_____
Honorable Jose L. Linares, U.S.D.J.

9/6/2011