PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey
### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: Crespo, Jose                                              Cr.: 2:05 CR 330-JLL-01
                                                                            PACTS Number: 07196

Name of Sentencing Judicial Officer: Honorable Jose L. Linares

Date of Original Sentence: 05/05/09

Original Offense: Conspiracy to defraud the United States and fraud activity connected with computers

Original Sentence: Five years probation, six month location monitoring, now new debt, financial disclosure, refrain from employment in any position concerning the processing of a financial application, pay restitution in the amount of $210,710.71 and DNA testing.

<u>Type of Supervision: Probation</u>                                      <u>Date Supervision Commenced: 05/05/09</u>

## PETITIONING THE COURT

[ ]   To extend the term of supervision for _____ Years, for a total term of _____ Years.
[X]   To modify the conditions of supervision as follows. The addition of the following special condition(s):

LOCATION MONITORING PROGRAM    (1 months) (Payment NOT waived)

You are to participate in the Location Monitoring Program. You shall be confined to your residence for a period of 1 month commencing at the direction of the U.S. Probation Office. You shall be required to be at this residence at all times except for approved absences for gainful employment, community service, religious services, medical care, educational or training programs and at other such times as may be specifically authorized by the U.S. Probation Office. You shall wear a Location Monitoring device and follow all location monitoring procedures. You shall permit the Probation Officer access to the residence at all times and maintain a telephone at the residence without any custom services or portable, cordless equipment. You shall comply with any other specific conditions of home confinement as the Court may require. You shall pay all the costs associated with the Location Monitoring Device. The U.S. Probation Office may use less restrictive location monitoring technology if the U.S. Probation Office determines that a less restrictive device is available and appropriate.

## CAUSE

On April 27, 2012, Mr. Crespo pled guilty to his violation of probation in Bergen County for abusing illicit drugs on the following dates: February 9, positive for cocaine, March 31, positive for opiates, June 29, 2011, positive Buprenor, and again positive for cocaine on February 29, 2012.

Respectfully submitted,
By: Stanley K. Whetstone
Senior U.S. Probation Officer
Date: 05/08/12

THE COURT ORDERS:

[X]   The Modification of Conditions as Noted Above
[ ]   The Extension of Supervision as Noted Above
[ ]   No Action
[ ]   Other

_____
Signature of Judicial Officer

May 14, 2012
_____
Date